154 A.3d 698

ANDRE DENNIS, APPELLANT-PETITIONER, v. NEW JERSEY DEPARTMENT OF CORRECTIONS, RESPONDENT-RESPONDENT.

October 21, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005149-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

154 A.3d 698

MIHAI PASNICU, PLAINTIFF-PETITIONER, v. SHEILA WILSON, DEFENDANT.

October 21, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005640-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.